IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**HENRY JAMES WIMBERLY, JR.,** :

   **Plaintiff,** :

      v. : CASE NO. 5:06-cv-420 (CAR)

**Officers HUNTER and BAUGHUM,** :

   **Defendants.** :

## J U D G M E N T

Pursuant to the Order of this Court filed January 8, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action without prejudice.

This 8th day of January, 2007.

                                           **GREGORY J. LEONARD, CLERK**

                                           **s/ Denise Partee, Deputy Clerk**